```
                                         FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2000 MAR 14  P 2: 32

                                   LORETTA G. WHYTE
                                         CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA CHACON | * | CIVIL ACTION |
| | * | NO. 00-0262 |
| VERSUS | * | |
| | * | SECTION "R"(1) |
| LOUISIANA SOCIETY FOR THE | * | |
| PREVENTION OF CRUELTY TO | * | JUDGE VANCE |
| ANIMALS; AND ERNEST | * | |
| ALEXANDER, III | * | MAGISTRATE JUDGE SHUSHAN |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Defendant, Louisiana Society for the Prevention of Cruelty to Animals ("LaSPCA") which, solely for the purpose of obtaining an extension of time and without waiving any defense including those provided within Rule 12 of the Federal Rules of Civil Procedure, moves the Court for a 20-day extension of time in which to answer, plead, or otherwise respond to the Complaint of Plaintiff. Defendant is entitled under LR 7.9E to an extension of time for the following reasons:

1. Defendant certifies that this is Defendant's first request for an extension of time to answer, plead, or otherwise respond to Plaintiff's Complaint.

DATE OF ENTRY
MAR 1 6 2000

2. Defendant certifies that Plaintiff has not filed in the record any objection to an extension of time to answer, plead, or otherwise respond to Plaintiff's Complaint.

Moreover, though unnecessary under LR 7.9E, counsel for Plaintiff has consented to the Motion.

WHEREFORE, the premises considered, Defendant prays that this Motion be granted, and that an Order be entered granting Defendant a 20-day extension of time until April 3, 2000, in which to answer, plead, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

_____
HOWARD SHAPIRO, T.A.
(LA Bar Roll No. 11968)
DAVID P. BENDANA
(LA Bar Roll No. 21473)
MCCALLA, THOMPSON, PYBURN,
 HYMOWITZ & SHAPIRO
650 Poydras Street, Suite 2800
New Orleans, Louisiana 70130
Telephone: (504) 524-2499

**COUNSEL FOR DEFENDANT,
LOUISIANA SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT** has been served on:

> Gideon T. Carter, III, Esq.
> 123 St. Ferdinand Street
> Baton Rouge, LA 70802
> Fax: (225) 334-7824

via facsimile and by first class U.S. mail, postage pre-paid, this 14th day of March, 2000.

_____
DAVID P. BENDANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * * * * * * * *
                                      *
DONNA CHACON                          *   CIVIL ACTION
                                      *   NO. 00-0262
VERSUS                                *
                                      *   SECTION "R"(1)
LOUISIANA SOCIETY FOR THE             *
PREVENTION OF CRUELTY TO              *   JUDGE VANCE
ANIMALS; AND ERNEST                   *
ALEXANDER, III                        *   MAGISTRATE JUDGE SHUSHAN
                                      *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

IT APPEARING TO THE COURT that Defendant's Motion for Extension of Time to Answer, Plead, or Otherwise Respond to Complaint is well taken, it is hereby

ORDERED, that Defendant, Louisiana Society for the Prevention of Cruelty to Animals, is hereby granted a 20-day extension of time until April 3, 2000 within which to answer, plead or otherwise respond to Plaintiff's Complaint.

New Orleans, Louisiana this 15th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

5340\5818\5818-Extend-Mtn