FILED
U.S. DISTRICT COURT
EASTERN DIST OF LA

2000 APR 27 A II: 06

LORETTA G. WHYTE

MINUTE ENTRY
VANCE, J.
April 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA CHACON | CIVIL ACTION |
| VERSUS | NO. 00-262 |
| SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS, ET AL | SECTION"R" |

## ORDER GRANTING MOTION AS UNOPPOSED

The Court has been informed by counsel that the plaintiff does not oppose the motion by the Louisiana Society for the Prevention of Cruelty to Animals for partial dismissal of the plaintiff's complaint.

Accordingly,

IT IS ORDERED that all of the claims alleged in the plaintiff's complaint are hereby dismissed with the exception of the pregnancy discrimination claim under Title VII.

IT IS FURTHER ORDERED that the Title VII claim against the defendant, Ernest Alexander, III, is hereby dismissed.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

APR 2 7 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____