FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -3  A 11: 14

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
VANCE, J.
May 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA CHACON | CIVIL ACTION |
| VERSUS | NO. 00-262 |
| SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS, ET AL | SECTION "R" |

### ORDER WITHDRAWING REFERENCE TO U.S. MAGISTRATE JUDGE

Considering that all parties will not consent to proceed before the U.S. Magistrate Judge for trial.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Sally Shushan pursuant to Local Rule 73.2E is hereby withdrawn.

IT IS FURTHER ORDERED that a preliminary conference will be held by telephone on THURSDAY, MAY 18, 2000, at 9:30 a.m. for the purpose of selecting pretrial conference and trial dates. The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Sally Shushan

DATE OF ENTRY
MAY - 3 2000