

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA CHACON | CIVIL ACTION |
| | NO. 00-0262 |
| VERSUS | |
| | SECTION "R"(1) |
| LOUISIANA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS | JUDGE VANCE |
| | MAGISTRATE JUDGE SHUSHAN |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Donna Chacon, and Defendant, Louisiana Society for the Prevention of Cruelty to Animals, who respectfully represent that this case has been settled and compromised in full and that movers desire to dismiss said cause with prejudice as to all claims of Plaintiff, each party to bear its own costs and attorneys' fees.

DATE OF ENTRY
JUN 1 2 2000

- 2 -

WHEREFORE, PLAINTIFF AND DEFENDANT PRAY that the above cause be dismissed with prejudice as to all claims of Plaintiff, DONNA CHACON, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_____
HOWARD SHAPIRO, T.A.
 LA Bar Roll No. 11968
DAVID P. BENDANA
 La. Bar Roll No. 21473
McCalla, Thompson, Pyburn,
Hymowitz & Shapiro
650 Poydras Street, Suite 2800
New Orleans, Louisiana 70130
Telephone: (504) 524-2499

**COUNSEL FOR DEFENDANT,
LOUISIANA SOCIETY FOR THE
PREVENTION OF CRUELTY TO
ANIMALS**

Respectfully submitted,

_____
GIDEON T. CARTER, III
 La. Bar Roll No. 14136
Law Offices of Ossie Brown
123 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 343-1111

**COUNSEL FOR PLAINTIFF,
DONNA CHACON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA CHACON | * | CIVIL ACTION |
| | * | NO. 00-0262 |
| VERSUS | * | |
| | * | SECTION "R"(1) |
| LOUISIANA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the above cause be and the same is hereby dismissed with prejudice as to all claims of Plaintiff, Donna Chacon, each party to bear their own costs and attorneys' fees.

THUS DONE AND SIGNED at New Orleans, Louisiana, on this _____ day of ___June___, 2000.

_____
JUDGE

5340\5818\5818-Dismiss-joint-mtn